CHAPTER 13 TRUSTEE • JAN M. SENSENICH • P.O. BOX 1326 • NORWICH, VT 05055

Case 14-10433    Doc 86    Filed 03/27/19    Entered 03/27/19 14:11:09    Desc    Main Document    Page 1 of 1

| DEBTOR AND ACCOUNT NUMBER | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|
| 00-14-10433 JENNIFER FOSTER | 6000.00 | 0.00 | -6000.00 |
| UNCLAIMED FUNDS | | Claim #009 | |
| Totals: | 6000.00 | 0.00 | |