# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| In Re:<br>　　Jennifer L. Foster<br><br>　　　　　　　　　　　Debtor | Case No. 14-10433<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Todd Taylor, hereby certify that the Amended Order for Payment of Unclaimed Funds filed through the ECF system on August 27, 2019 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with this document and on August 28, 2019 the same was sent via USPS, first-class, postage prepaid mail to the Office of the U.S. Attorney, PO Box 570, Burlington, VT 05402-0570.

Dated: August 28, 2017　　　　By:　　/s/ Todd Taylor　　　　
　　　　　　　　　　　　　　　　　　　　Todd Taylor, Esq.