In re:

**Jennifer Smith Foster**

Debtor(s)

Case No. **14-10433**
Chapter 13

Filed & Entered
On Docket
08/28/2019

## AMENDED*
## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

IT APPEARING that the funds from the uncashed dividend check totaling $ **6,000.00**, payable to **Jennifer Smith Foster**, **Debtor** ~~a creditor~~ in this case, was deposited in the registry account of the Clerk, United States Treasury, and that the proper recipient for said funds has now been located.

IT IS THEREFORE ORDERED that the application is granted and that the Clerk, U.S. Bankruptcy Court for the District of Vermont is ordered to pay these unclaimed funds in the amount of $ **6,000.00** to the order of: **Jennifer Smith Foster**

and mail the check to: **Todd Taylor, Esq.**
**PO Box 1123**
**Burlington, VT 05402**

August 28, 2019
Burlington, Vermont

_Colleen A. Brown_
Colleen A. Brown
United States Bankruptcy Judge

*This order amends and supersedes the Order for Payment of Unclaimed Funds dated August 20, 2019 (doc. # 93).

United States Bankruptcy Court
District of Vermont

In re:  
Jennifer Smith Foster  
    Debtor

Case No. 14-10433-cab  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0210-5    User: al    Page 1 of 1    Date Rcvd: Aug 28, 2019  
                    Form ID: pdf710    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.  
db    +Jennifer Smith Foster,    7289 VT Route 15,    Jeffersonville, VT 05464-9644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr    E-mail/Text: loanRecovery@vsecu.com Aug 28 2019 20:19:23  
      Vermont State Employees Credit Union,    One Bailey Avenue,    PO Box 67,    Montpelier, VT  05601-0067  
                                    TOTAL: 1

      ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****  
cr    JPMorgan Chase Bank, N.A.  
                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:  
      Ana M. Fidalgo    on behalf of Creditor    KeyBank National Association amf@charlesthompsonlaw.com  
      Andrew S Cannella    on behalf of Creditor    KeyBank National Association bkecf@bmpc-law.com  
      Jan M. Sensenich    jansensenich@vermont13trustee.com,  
       jodyb@vermont13trustee.com;dsensenich@vermont13trustee.com;margaretk@vermont13trustee.com;vermont13trustee@gmail.com  
      Jan M. Sensenich    on behalf of Trustee Jan M. Sensenich jans@13trusteedvt.com,  
       jodyb@vermont13trustee.com;dsensenich@vermont13trustee.com;margaretk@vermont13trustee.com;vermont13trustee@gmail.com  
      Michelle Kainen, Staff Attorney for Jan Sensenich, Chapter 13 Trustee    on behalf of Trustee Jan M. Sensenich MichelleKainen@vermont13trustee.com  
      Rebecca A Rice    on behalf of Debtor Jennifer Smith Foster Steeplbush@aol.com, cohenricebky@aol.com;ricerr66441@notify.bestcase.com  
      Renee L. Mobbs    on behalf of Creditor    Vermont State Employees Credit Union rmobbs@sheeheyvt.com,  tlance@sheeheyvt.com  
      Tavian  Mayer    tavian@mayerlaw.com  
      Tavian M. Mayer    on behalf of Mediator Tavian M Mayer tavian@mayerlaw.com  
      Todd  Taylor    on behalf of Debtor Jennifer Smith Foster todd@toddtaylorlawoffices.com, lynn@toddtaylorlawoffices.com;pam@toddtaylorlawoffices.com;lawofficestoddtaylor@gmail.com;taylortr76620@notify.bestcase.com  
      U S Trustee    ustpregion02.vt.ecf@usdoj.gov  
                                    TOTAL: 11